UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80248-CIV-SMITH/REID

JAMES SMITH,

        Plaintiff,

v.

ARMOR CORRECTIONS
MEDICAL DIRECTOR, *et al*,

        Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE

THIS CAUSE is before the Court on the Report and Recommendation of Magistrate Judge (ECF No. 10). In that Report and Recommendation, Magistrate Judge Reid recommends that Plaintiff's *pro se* Complaint, filed pursuant to 42 U.S.C. § 1983, be dismissed pursuant to 28 U.S.C. § 1915 for failure to state a claim upon which relief can be granted. As set out in the Report and Recommendation, the Court ordered Plaintiff to file an amended complaint on or before March 27, 2019 (ECF No. 6). The Report and Recommendation correctly notes that Plaintiff has not filed an amended complaint before the Court's deadline, appearing to have abandoned this suit. Judge Reid recommends that while dismissal of this action is warranted, the instant action should be dismissed without prejudice, so as not to permanently bar Plaintiff from bringing a meritorious claim in the future. Plaintiff has not filed objections to the Report and Recommendation. Thus, having carefully reviewed, *de novo*, Judge Reid's Report and Recommendation, the record, and given that Plaintiff has not objected, it is

**ORDERED** that:

(1) The above-mentioned Report of Magistrate Judge (ECF No. 10) is **AFFIRMED AND ADOPTED**, and incorporated by reference into this Court's Order;

(2) Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**;

(3) All pending motions not otherwise ruled upon in this Order are **DENIED AS MOOT**; and

(4) This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of August, 2019.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record